UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SABRINA HAGGIE,<br><br>            Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. CV 10-7039 VBF (SSx)<br><br>**PROTECTIVE ORDER APPROVING PARTIES AMENDED STIPULATED CONFIDENTIALITY AGREEMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Upon consideration of the Amended Stipulated Confidentiality Agreement
2  for Protective Order between Plaintiff Sabrina Haggie ("Plaintiff" or "Haggie") and
3  Defendant Lincoln National Life Insurance Company ("Defendant" or "Lincoln
4  National"), attached as Exhibit "A," the Court hereby approves of said Agreement
5  and orders the parties to comply with its terms.

7  IT IS SO ORDERED.

8       February 3                                         /S/
9  DATED: _____, 2011    _____
                                    Hon. Suzanne H. Segal
                                    United States Magistrate Judge