# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV10-07039 JAK (SSx) | Date | May 17, 2011 |
| Title | Sabrina Haggie v. Lincoln National Life Insurance Company | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On May 16, 2011, defendant filed, "Notice of Settlement" [27]. The Court sets an Order to Show Cause re Dismissal for June 20, 2011 at 1:30 p.m. If the parties file a dismissal by June 17, 2011, the matter will be taken off calendar and no appearance by counsel will be necessary.

The Jury Trial set for January 3, 2012 and the Pretrial Conference set for December 12, 2011 are vacated.

IT IS SO ORDERED.

: 

Initials of Preparer    ak